1   Diana G. Dickinson, Esq.
    Nevada Bar No. 13477
2   LITTLER MENDELSON, P.C.
    3960 Howard Hughes Parkway
3   Suite 300
    Las Vegas, Nevada 89169.5937
4   Telephone:    702.862.8800
    Fax No.:       702.862.8811
5   ddickinson@littler.com

6   *Attorney for Defendant*
    BACKGROUNDCHECKS.COM LLC
7

8                    **UNITED STATES DISTRICT COURT**
                         **DISTRICT OF NEVADA**
9

10  JANICE GREEN,                          Case No. 2:22-cv-01331-ART-VCF

11                  Plaintiff,             **STIPULATION TO EXTEND TIME FOR**
                                           **DEFENDANT TO FILE RESPONSIVE**
12         v.                              **PLEADING TO PLAINTIFF'S**
                                           **COMPLAINT**
13  BACKGROUNDCHECKS.COM LLC,
                                           **[FIRST REQUEST]**
14                  Defendant.

15

16         Plaintiff JANICE GREEN ("Plaintiff") and Defendant BACKGROUNDCHECKS.COM LLC

17  ("Defendant"), by and through their undersigned counsel, hereby agree and stipulate to extend the time

18  for Defendant to file a response to the Complaint from the current deadline of November 8, 2022, up

19  to and including **December 8, 2022.**

20         The requested extension is necessary in light of the fact that Defendant's counsel was recently

21  retained.  The additional time will allow defense counsel to conduct a complete investigation into the

22  allegations and to prepare a response to the Complaint.

23  / / /

24

25  / / /

26

27  / / /

28

LITTLER MENDELSON, P.C.
  3960 Howard Hughes Parkway
         Suite 300
  Las Vegas, NV  89169.5937
       702.862.8800

1        This is the first request for an extension of time to respond to the Complaint.  This request is

2   made in good faith and not for the purpose of delay.

3

4   Dated: November 8, 2022                Dated: November 8, 2022

5   Respectfully submitted,           Respectfully submitted,

6

7   */s/ Michael Kind, Esq.*           */s/ Diana G. Dickinson, Esq.*
    MICHAEL KIND, ESQ.         DIANA G. DICKINSON, ESQ.
    KIND LAW             LITTLER MENDELSON, P.C.

8

9   GEORGE HAINES, ESQ.      *Attorney for Defendant*
    GERARDO AVALOS, ESQ.     BACKGROUNDCHECKS.COM LLC
    FREEDOM LAW FIRM, LLC

10

11  *Attorneys for Plaintiff*
    JANICE GREEN

12

13                         **IT IS SO ORDERED.**

14                           11-8-2022
                           Dated: _____

15

16

17  4853-6465-7725.1 / 107811-1024         _____
                          UNITED STATES MAGISTRATE JUDGE

18

19

20

21

22

23

24

25

26

27

28